UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2592

MICHAEL NAHAS, Individually and as Administrator of the Estate of Faye McCoy, Decedent, and on behalf of the Estate's sole beneficiary, DPS Jr., Ms. McCoy's minor child,
Appellant

v.

CITY OF PITTSBURGH, A Municipal Corporation; OFFICER ZACARIAH NORMAN, Individually and in his official capacity; OFFICER EMILY SHIELDS, individually and in her official capacity; OFFICER MICHAEL SOKOLOWSKI, Individually and in his official capacity; ARTHUR JEFFREY, INC., a/k/a Art's Tavern; JANE DOE; JOHN DOE
(W.D. Pa. No. 2:24-cv-01252)

Present: PHIPPS, FREEMAN, and BOVE, *Circuit Judges*

## ORDER

The Court hereby requests and invites supplemental briefing by *amici curiae* with respect to the following issue:

> Whether there is a liberty interest, deeply rooted in history and tradition, in being free from "state-created danger" as discussed in *Kneipp v. Tedder*, 95 F.3d 1199 (3d Cir. 1996), and its progeny.

Professor Darrell A.H. Miller is hereby appointed as *amicus curiae* on behalf of Appellant. There is an expectation that *amicus curiae* on behalf of Appellees will be subsequently appointed. The Court also welcomes *amicus* briefs from others who may have an interest in the issue. All *amici* shall file their briefs on or before October 1, 2026. The Court will advise at a later time if it wishes to hear argument.

By the Court,

s/ *Peter J. Phipps*
Circuit Judge

Dated: August 5, 2026
cc: Vincent A. Colianni, II, Esq.
Julie E. Koren, Esq.
Darrell A.H. Miller, Esq.