**In the United States Court of Appeals**
**for the Third Circuit**

---

**No. 25-2592**

---

MICHAEL NAHAS, individually and as
Administrator of the ESTATE OF FAYE McCOY, Decedent,
and on behalf of the Estate's sole beneficiary, DSP, Jr., Ms. McCoy's minor child,
*Plaintiff/Appellant*,

v.
CITY OF PITTSBURGH, et al.
*Defendants/Appellees*.

---

ON APPEAL FROM THE ORDERS ENTERED IN THE USDC FOR THE WESTERN DISTRICT OF PENNSYLVANIA (2:24-CV-01252) ON AUGUST 5, 2025 AND AUGUST 27, 2025 BY THE HON. CHRISTY CHRISWELL WIEGAND

---

**APPELLEE'S UNCONTESTED MOTION TO APPOINT *AMICUS CURIAE* ON BEHALF OF APPELLEES AND TO EXTEND FILING DEADLINE**

---

**LISA ZEIDNER MARCUS**
City Solicitor
Pa. I.D. No. 338814

BY: **Julie E. Koren**
Associate City Solicitor
Pa. I.D. No. 309642
City of Pittsburgh Department of Law
414 Grant Street, Rm. 313
Pittsburgh, PA 15219
(412) 255-2032
julie.koren@pittsburghpa.gov

*Counsel for Appellees Norman, Shields & Sokolowski*

**<u>UNCONTESTED MOTION TO APPOINT *AMICUS CURIAE* ON BEHALF OF APPELLEES AND TO EXTEND FILING DEADLINE</u>**

Pursuant to Federal Rule of Appellate Procedure 27, Appellees, Officers Shields, Sokolowski, and Norman, respectfully move this Court to appoint *amicus curiae* on behalf of Appellees and to extend the October 1, 2026, deadline for the filing of Appellees' *amicus curiae* brief.

In support of this motion, Appellees state as follows:

1. On August 5, 2026, the Court issued an Order requesting and inviting briefing by *amici curiae* concerning "[w]hether there is a liberty interest, deeply rooted in history and tradition, in being free from 'state-created danger' as discussed in *Kneipp v. Tedder*, 95 F.3d 1199 (3d Cir. 1996), and its progeny." ECF No. 43.

2. The Order appointed Professor Darrell A.H. Miller as *amicus curiae* on behalf of Appellants and indicated that "there is an expectation that amicus curiae on behalf of Appellees will be subsequently appointed." *Id*. However, no *amicus curiae* on behalf of Appellees has yet been appointed.

3. The Order further directed that all *amici curiae* file their briefs on or before October 1, 2026.

4. This Court has inherent discretion to determine the extent and manner of participation of *amici curiae*. *See, e.g.*, *Newark Branch, N.A.A.C.P. v. Town of Harrison*, 940 F.2d 792, 808 (3d Cir. 1991).

5. Appellees respectfully request that the Court identify and appoint an *amicus curiae* of similar stature to Professor Miller to file a brief on behalf of the Appellees, and to permit that *amicus curiae* sufficient time to file a brief. The interests of fairness and justice support this request. Should the Court require assistance from Appellees to identify an *amicus curiae* for this purpose, Appellees request a reasonable amount of time to provide suggestions to the Court.

6. After conferring with counsel for Appellant and the appointed *Amicus Curiae* appointed on Appellant's behalf, there is no objection to this request.

7. However, Appellees further understand that Professor Darrell A.H. Miller, the Court-appointed *amicus curiae* for the Appellant, is prepared to file his supplemental brief on October 1, 2026, but seeks clarification regarding the deadline applicable to his filing if this request is granted. Appellees therefore respectfully request that the Court establish October 1, 2026, as the filing deadline for Professor Miller and provide that Appellees' *amicus curiae* shall have six weeks from the date of appointment to file its supplemental brief. Should the Court prefer to receive all *amicus curiae* briefs on the same date, Appellees request in the alternative that the Court extend the deadline for all *amicus curiae* briefs to the same future date after an *amicus curiae* is appointed on behalf of the Appellees.

8. Permitting this extension will permit any *amicus curiae* appointed on behalf of Appellees sufficient time to address the specific historical and constitutional issue identified by the Court.

WHEREFORE, for good cause as stated above, Appellees respectfully request that this Court grant this motion to appoint an *amicus curiae* on behalf of Appellees; to permit the Appellee's *amicus curiae* a filing deadline of six weeks from the date of appointment; and to confirm that Professor Miller should file his brief on or before October 1, 2026, or alternatively to order that all amici briefs be filed at a later date at least six weeks after amicus curiae is appointed on behalf of Appellees.

Respectfully submitted,

/s/ *Julie E. Koren, Esq.*
JULIE E. KOREN, ESQ.
PA ID No. 309642
Associate City Solicitor
414 Grant Street
Pittsburgh, PA 15219
(412) 255-2032
Julie.Koren@Pittsburghpa.gov
*Counsel for Appellees Officers Norman, Shields, and Sokolowski*