**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 25-2592

MICHAEL NAHAS,
Appellant

v.

CITY OF PITTSBURGH

(W.D. Pa. Civ. No. 2:24-cv-01252)

Present: PHIPPS, FREEMAN, and BOVE, *Circuit Judges*.

Submitted is:

(1) Motion filed by Appellees Zacariah Norman, Emily Shields and Michael Sokolowski for Extension of Time to file for Appellees to File Amicus Curiae Brief until/for six weeks after appointment of Amicus Curiae on behalf of Appellees.

Respectfully,

Clerk

_________________________________ORDER_________________________________

Appellees' motion for appointment of an amicus curiae on their behalf and for an extension of time to file an amicus brief is denied. Any amicus briefs, including the brief to be submitted by Professor Miller, are to be filed on October 1, 2026. Following that date, the panel will determine whether additional submissions or amicus appointments are appropriate.

By the Court,

s/ Emil Bove
Circuit Judge

Dated: September 30, 2026

DWB/clw/cc: Vincent A. Colianni, II, Esq.
Julie E. Koren, Esq.
Darrell A.H. Miller, Esq.